## STATE OF CONNECTICUT *v.* CHARLES WARHOLIC

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 84 Conn. App. 767 (AC 23464), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the judgment of conviction because of prosecutorial misconduct?"

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17289.

*Bruce R. Lockwood*, assistant state's attorney, in support of the petition.

*Richard Emanuel*, in opposition.

Decided October 19, 2004

## STATE OF CONNECTICUT *v.* RADCLIFFE RAYNOR

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 749 (AC 23542), is denied.

*Martin Zeldis*, public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided October 19, 2004